UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-CV-23383-DPG

WINDY LUCIUS,

    Plaintiff,

v.

VALERY JOSEPH FLORIDA, LLC.

    Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby voluntarily dismisses this action without prejudice against, Defendant, VALERY JOSEPH FLORIDA, LLC., and respectfully requests this Court to terminate the action.

Respectfully submitted this December 1, 2022.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. Courtney Cunningham PLLC.
8950 SW 74th Court, Suite 201
Miami, Florida 33156
Telephone: (305) 351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*